

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 **$ 000.41⁶**
02 1W
0001401603 JUL. 28. 2015

Return To Sender
Inmate No Longer Here

Released 7/28/15

RE: WR-82,426-03

ROBERT JESSE PADILLA JR.

2015 JUL 31 PM 1:46

RECEIVED
WILLIAMSON COUNTY
SHERIFF'S DEPT